IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 4:06CR3120 |
| | ) | |
| JOSE  ANTONIO MEDINA-GARCIA, | ) | |
| a/k/a  STEVEN H. ARREDONDO, a/k/a | ) | |
| JOSE ARMANDO MEDINA-GARCIA, | ) | |
| a/k/a JOSE M. MEDINA, a/k/a JOSE | ) | |
| MEDINA, a/k/a JOSE A. MEDINA, | ) | |
| a/k/a JOSE ARMANDO MEDINA, a/k/a | ) | |
| MARK ANTHONY GARCIA, a/k/a | ) | |
| MARK A. GARCIA, a/k/a MARK | ) | |
| ANTHONY ALVAREZ, a/k/a MARK A. | ) | |
| ALVAREZ, a/k/a JOSE MEDINA- | ) | |
| GARCIA, a/k/a JOSE GOMEZ-CISNEROS | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER FOR DISMISSAL

Leave of court is granted for the filing of the dismissal in this case.

October 20, 2006.　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　s/ *RICHARD G. KOPF*
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE